THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| REPLY S.P.A., | CASE NO. C19-0450-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SENSORIA INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time and for a continuance of the status conference (Dkt. No. 24). The motion is GRANTED. Plaintiff's deadline to respond to Defendants' motion to dismiss (Dkt. No. 22) is EXTENDED to June 3, 2019. The deadline for Defendants' reply to Plaintiff's response is June 7, 2019. The Clerk is DIRECTED to re-note Defendants' motion to dismiss (Dkt. No. 22) to June 7, 2019. Finally, the status conference is EXTENDED to August 6, 2019 at 9:00 a.m.

DATED this 10th day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0450-JCC
PAGE - 1